SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
HENRY L. CHI, CSBN 265009
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel, Region IX
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8953
    Facsimile: 415-744-0134
    E-Mail: henry.chi@ssa.gov
Attorneys for Defendant
NANCY A. BERRYHILL

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| PATRICK DE SILVA, | Case No: 2:16-cv-08157-MWF-JCG |
| Plaintiff | |
| v. | **JUDGMENT OF REMAND** |
| NANCY A. BERRYHILL[1], Acting Commissioner of Social Security, | |
| Defendant. | |

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: June 29, 2017

HON. JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE